IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALAN DOERING
ADC #106115                                                                                          PLAINTIFF

v.                    Case No. 5:14-cv-00350 KGB/PSH

JOHN DOES                                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by Magistrate Patricia S. Harris (Dkt. No. 18). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Alan Doering's claims against the John Doe defendants are dismissed without prejudice.

Dated this 3rd day of February, 2016.

_____
Kristine G. Baker
United States District Judge