IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALAN DOERING                                                                                     PLAINTIFF
ADC #106115

V.                                    NO: 5:14CV00350 KGB/PSH

RAY HOBBS *et al*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On April 7, 2016, plaintiff Alan Doering filed a motion to voluntarily dismiss his complaint, indicating he filed suit against the wrong defendants. For good cause shown, the motion should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1.      Doering's motion to voluntarily dismiss his complaint (Doc. No. 26) be GRANTED, and his complaint be DISMISSED WITHOUT PREJUDICE.

2.      Doering's motion to compel or for appointment of counsel (Doc. No. 24) be DENIED

AS MOOT.

DATED this 12th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE