## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALAN DOERING**
**ADC #106115**                                                                                                    **PLAINTIFF**

**v.**                              **Case No. 5:14-cv-00350 KGB/PSH**

**JOHN DOES**                                                                                                     **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by Magistrate Patricia S. Harris (Dkt. No. 27). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Alan Doering's motion to dismiss voluntarily his complaint is granted (Dkt. No. 26). His complaint is dismissed without prejudice. Mr. Doering's motion to compel discovery or appointment of counsel is denied as moot (Dkt. No. 24).

Dated this 30th day of November, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge